**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF

**City** Lowell
**County** Middlesex

**Related Case Information:**
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Tiago BETTENCOURT   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address: 18 Richmond Ave, Lowell, MA 01852
Birth date (Yr only): 2003   SSN (last 4#): _____   Sex: Male   Race: White   Nationality: United States

**Defense Counsel if known:** _____   **Address:** _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Michael Crowley   Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Middlesex Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/1/2024   Signature of AUSA: /s/Michael Crowley

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Tiago BETTENCOURT

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C § 111(b), and (2) | Armed assault of a federal officer | 1 |
| Set 2 | 18 U.S.C § 924(c) | Possession of a firearm in furtherance of a crime of violence | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**